# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**United States of America,**
       **Plaintiff,**

**-V-**                                            **Case No.  CR-2-12-086(1)**

**Joel Leon-Gerardo,**
       **Defendant.**

## ORDER EXONERATING REAL PROPERTY BOND AND RELEASING LIEN

The Court Orders that the property bond posted by Joel Leon and Maria Leon is exonerated. The lien on the property described below is Ordered released:

In the City of Hawaiian Gardens, County of Los Angeles, State of California: Those portions of Sections 18, Township 4 South, Range 11 West, San Bernardino Meridian, in the Rancho Los Coyotes, shown as Parcel 327 of Licensed Surveyors Map, In the City of Hawaiian Gardens, County of Los Angeles, State of California, as per Map Recorded in Book 17 Page(s) 2 of Record of Surveys, In the Office of the County Recorder of Said County.
Commonly known as 21719-21721 Elaine Avenue, Hawaiian Gardens, CA 90716

IT IS SO ORDERED.

                                            /s/ Terence P. Kemp
                                            ~~Peter C. Economous~~
                                            ~~United States District Judge~~
                                            United States Magistrate Judge

### Clerk's Certificate

    seal        The foregoing document, consisting of one page, is a full, true, and correct copy of the original on file in this office.

                                              John P. Hehman, Clerk

Date:_____                by_____, Deputy